## Case No. 7,276.

In re JENKS.

[15 N. B. R. 301.] [1]

District Court, D. Minnesota. March 20, 1877.

[1] [Reprinted by permission.]

NELSON. District Judge. The opinion of the register in regard to the claim ordinarily presented for sheriff's fees in attachment proceedings is concurred in; but in this case it is conceded by a large majority of the creditors that the attachment conserved the property and benefited them. For this reason the claim should be allowed.

Ordered accordingly.